UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:15-cr-50-T-30AEP

SANTIAGO VALDEZ


**FINAL JUDGMENT OF FORFEITURE**

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture (Doc. 35), pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for $900.00 in United States currency.

On July 29, 2015, the Court entered a Preliminary Order of Forfeiture for the asset described above, pursuant to 21 U.S.C. § 853.   Doc. 31.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the asset on the official government website, www.forfeiture.gov, from July 30, 2015 through August 28, 2015.   Doc. 33.   The publication gave notice to all third parties with a legal interest in the asset to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interests within 60 days of the first date of publication.

The Court further finds that no person or entity, other than the defendant Valdez, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, and Luis Torres (who did not file a claim), are known to have an interest in the asset.   No third party has filed a petition or claimed an interest in the asset, and the time for filing a petition has expired.   Accordingly, it is hereby

No third party has filed a petition or claimed an interest in the asset, and the time for filing such petition has expired.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion (Doc. 35) is GRANTED.

It is FURTHER ORDERED that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the asset identified above is CONDEMNED and FORFEITED to the United States for disposition according to law.

Clear title to the asset is now vested in the United States of America.

DONE and ORDERED in Tampa, Florida, this 2nd day of October, 2015.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2015\15-cr-50 forfeit order 35.docx

2